**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

FILED
CLERK'S OFFICE

**CASE NO.**

~~~ -2  A 10: 05

**MAYFLOWER TRANSIT, LLC,**

U.S. DISTRICT COURT
DISTRICT OF MASS

    **Plaintiff,**

# 03 - 30293 - KPN

**vs.**

**MICHAEL DOYLE AND**
**PAM DOYLE,**

    **Defendants.**

---

## PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

---

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

MAYFLOWER TRANSIT, LLC    who is the Plaintiff
(Name of party)        (Plaintiff/moving party or defendant)

makes the following disclosure:

    2.    Is party a publicly held corporation or other publicly held entity?

        ( ) Yes        ( ✖ ) No

    4.    Does party have any parent corporations?

        ( ✖ ) Yes        ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations?

**UniGroup, Inc.**

6.   Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes                    ( ✖ ) No

If yes, identify all such owners:

8.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes                    ( ✖ ) No

If yes, identify entity and nature of interest:

December 1, 2003                    Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida  33134
Telephone: (305) 441-7882
Fax: (305) 441-7883

BY: _____
**LAWRENCE J. ROBERTS, ESQ.**
**Florida Bar No. 343218**

F:\Doyle\CORP-DISC.wpd

-2-