UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

    Defendants.

---

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff, MAYFLOWER TRANSIT, LLC by and through its undersigned attorneys, and pursuant to Rule 4(l), Fed. R. Civ. P., hereby notifies the Court and all parties of its filing of the attached Return of Service on Defendants, Michael Doyle and Pam Doyle.

Dated this 22 day of January, 2004.

    Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-7882
Fax: (305) 441-7883

BY: _____
    **LAWRENCE J. ROBERTS, ESQ.**
    **Florida Bar No. 343218**

F:\Doyle\notfiling.ros.wpd

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

FILED
CLERK'S OFFICE

**CASE NUMBER:**

**MAYFLOWER TRANSIT, LLC,**

    Plaintiff,

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS**

v.

**MICHAEL DOYLE and PAM DOYLE,**

**03 - 30293 - KPN**

    Defendants.

_____/

To the above-named Defendant:

            PAM DOYLE
            21 Autumn Lane
       Amherst, Massachusetts 01002

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney,

Lawrence J. Roberts, Esquire
**Lawrence J. Roberts & Associates, P.A.**
249 Catalonia Avenue
Coral Gables, Florida 33134

an answer to the Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the clerk of this court within a reasonable period of time after service.

   **TONY ANASTAS**
**CLERK**

**DATE** 12/2/03

(BY) DEPUTY CLERK

F:\Doyle\usdc-summons.pam.wpd

## PROOF OF SERVICE

| SERVED | DATE<br>December 29th, 2003 | PLACE<br>21 Autumn Lane, Amherst, MA |
|---|---|---|
| SERVED ON (PRINT NAME)<br>Pam Doyle | MANNER OF SERVICE<br>In Hand | |
| SERVED BY (PRINT NAME)<br>Daniel B. Gately | TITLE<br>Constable | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __12/29/03__
          DATE

SIGNATURE OF SERVER
Daniel B. Gately, Constable and
Disinterested Person
ADDRESS OF SERVER
47 Harvard Street, Worcester, MA 01609

F:\Doyle\usdc-summons.pam.wpd