# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

CASE NUMBER:

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

v.

MICHAEL DOYLE and PAM DOYLE,

    Defendants.
_____/

SUMMONS

03 - 30293 - KPN

*FILED IN CLERK'S OFFICE*
*JAN 26 A 11:38*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

To the above-named Defendant:

    MICHAEL DOYLE
    21 Autumn Lane
    Amherst, Massachusetts 01002

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney,

Lawrence J. Roberts, Esquire
**Lawrence J. Roberts & Associates, P.A.**
249 Catalonia Avenue
Coral Gables, Florida 33134

an answer to the Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the clerk of this court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

12/2/03
_____
DATE

_[signature]_
(BY) DEPUTY CLERK
F:\Doyle\usdc-summons.wpd

| PROOF OF SERVICE | | |
|---|---|---|
| SERVED | DATE<br>December 29th, 2003 | PLACE<br>21 Autumn Lane, Amherst, MA |
| SERVED ON (PRINT NAME)<br>Michael Doyle | MANNER OF SERVICE<br>In Hand | |
| SERVED BY (PRINT NAME)<br>Daniel B. Gately | TITLE<br>Constable | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __12/29/03__
DATE

SIGNATURE OF SERVER
Daniel B. Gately, Constable and
Disinterested Person

ADDRESS OF SERVER
47 Harvard Street, Worcester, MA 01609

F:\Doyle\usdc-summons.wpd