UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

    Defendants.

## MOTION FOR DEFAULT

Plaintiff, MAYFLOWER TRANSIT, LLC ("Mayflower"), pursuant to Federal Rule of Civil Procedure 55 hereby files a Motion for Default against MICHAEL DOYLE and PAM DOYLE. The grounds for this motion are:

1. Defendants were served with their respective Summonses and Complaints on December 29, 2003. Copies of the returns of service are attached as Exhibit "A".

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), a defendant shall serve an Answer to the Complaint within twenty (20) days after being served with the Summons and Complaint.

3. To date, Defendants MICHAEL DOYLE and PAM DOYLE have failed to answer or otherwise respond to the complaint.

CASE NO. 03-30293-KPN

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 55(a) provides that the clerk may enter a party's default when the party has failed to plead or otherwise defend as provided by the rules. Federal Rule of Civil Procedure 55(b) provides for the entry of judgment by default. The majority of courts hold that a defendant's conduct will be considered culpable if the defendant has defaulted willfully, or has no excuse for the default. See, e.g., EEOC v. Mike Smith Pontiac GMC, Inc., 896 F.2d 524 (11th Cir. 1990) (denial of motion to vacate default affirmed where defendant offered no meaningful reason for its having defaulted); Park Corp. v. Lexington Ins. Co., 812 F.2d 894 (4th Cir. 1987) (where the defendant did not offer any excuse at all for lapsing into default other than that the complaint disappeared from the file, the existence of a meritorious defense was insufficient to warrant relief from a default judgment).

A defendant's conduct has been determined to be "culpable" if he has received actual or constructive notice of the filing of the action and failed to answer. Pena v. Seguros La Comercial, S.A., 770 F.2d 811, 814 (9th Cir. 1985). See also Admiral Home Appliances, a Div. of Magic Chef, Inc. v. Tenavision, Inc., 585 F. Supp. 14 (D.C.N.J. 1982) (corporation was on full notice of service of summons and complaint in a breach-of-contract action and its failure to timely transmit the documents to its attorney for response was not a matter of mistake or inadvertence but of arrogance and disregard of potential consequences and, hence, no good cause was shown for setting aside the default). If the default was the result of culpable conduct on the part of the defendant, the court need not consider anything else in refusing to set aside the default judgment. See Meadows v. The

Dominican Republic, 817 F.2d 517, 522 (9th Cir. 1987) (holding that the court did not abuse its discretion in finding that appellants' default was intentional, culpable, and inexcusable, and, therefore, did not need to determine whether the record showed a meritorious defense or prejudice to the appellees).

**WHEREFORE,** Plaintiff MAYFLOWER TRANSIT, LLC respectfully moves this Court for the entry of a default against both Defendants.

Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-7882
Fax: (305) 441-7883

BY: _____
LAWRENCE J. ROBERTS, ESQ.
**Florida Bar No. 343218**

F:\Doyle\defaultmot.federal.wpd

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

JAN 26  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

    Defendants.

---

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff, MAYFLOWER TRANSIT, LLC by and through its undersigned attorneys, and pursuant to Rule 4(l), Fed. R. Civ. P., hereby notifies the Court and all parties of its filing of the attached Return of Service on Defendants, Michael Doyle and Pam Doyle.

Dated this 22 day of January, 2004.

    Respectfully submitted,

    **Lawrence J. Roberts & Associates, P.A.**
    Attorneys for Plaintiff
    249 Catalonia Avenue
    Coral Gables, Florida 33134
    Telephone: (305) 441-7882
    Fax: (305) 441-7883

    BY: _____
        LAWRENCE J. ROBERTS, ESQ.
        Florida Bar No. 343218

F:\Doyle\notfiling.ros.wpd

# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

CASE NUMBER:

MAYFLOWER TRANSIT, LLC,

   Plaintiff,

v.

MICHAEL DOYLE and PAM DOYLE,

   Defendants.

**SUMMONS**

03 - 3029

To the above-named Defendant:

                PAM DOYLE
                21 Autumn Lane
            Amherst, Massachusetts 01002

**YOU ARE HEREBY SUMMONED** and required to serve upon

Lawrence J. Roberts, Esquire
**Lawrence J. Roberts & Associates, P.A.**
249 Catalonia Avenue
Coral Gables, Florida 33134

an answer to the Complaint which is herewith served upon you, within 2 of this summons upon you, exclusive of the day of service. If you fail by default will be taken against you for the relief demanded in the Compl file your answer with the clerk of this court within a reasonable period o

__TONY ANASTAS__        __12/2/0__
CLERK                   DATE

_[signature]_
(BY) DEPUTY CLERK
F:\Doyle\usdc-summons.pam.wpd

| PROOF OF SERVICE | | |
|---|---|---|
| SERVED | DATE<br>December 29th, 2003 | PLACE<br>21 Autumn Lane, Amherst, MA |
| SERVED ON (PRINT NAME)<br>Pam Doyle | MANNER OF SERVICE<br>In Hand | |
| SERVED BY (PRINT NAME)<br>Daniel B. Gately | TITLE<br>Constable | |

FILED
04 JAN 26 A 11: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  12/29/03
    DATE

SIGNATURE OF SERVER
Daniel B. Gately, Constable and
Disinterested Person
ADDRESS OF SERVER
47 Harvard Street, Worcester, MA 01609

F:\Doyle\usdc-summons.pam.wpd

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

CASE NUMBER:

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

v.

MICHAEL DOYLE and PAM DOYLE,

    Defendants.

_____/

**SUMMONS**

FILED
CLERK'S OFFICE

JAN 26  A 11:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

03 - 30293 - KPN

To the above-named Defendant:

    MICHAEL DOYLE
    21 Autumn Lane
    Amherst, Massachusetts 01002

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney,

Lawrence J. Roberts, Esquire
**Lawrence J. Roberts & Associates, P.A.**
249 Catalonia Avenue
Coral Gables, Florida 33134

an answer to the Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the clerk of this court within a reasonable period of time after service.

TONY ANASTAS
_____
**CLERK**

_M. Ghindbay_ (signature)
_____
**(BY) DEPUTY CLERK**
F:\Doyle\usdc-summons.wpd

12/2/03
_____
**DATE**

| PROOF OF SERVICE |||
|---|---|---|
| SERVED | DATE<br>December 29th, 2003 | PLACE<br>21 Autumn Lane, Amherst, MA |
| SERVED ON (PRINT NAME)<br>Michael Doyle | MANNER OF SERVICE<br>In Hand ||
| SERVED BY (PRINT NAME)<br>Daniel B. Gately | TITLE<br>Constable ||

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __12/29/03__
DATE

SIGNATURE OF SERVER
Daniel B. Gately, Constable and
Disinterested Person

ADDRESS OF SERVER
47 Harvard Street, Worcester, MA 01609

F:\Doyle\usdc-summons.wpd

FILED
CLERK'S OFFICE
2004 JAN 26 P 12:00
U.S. DISTRICT COURT
DISTRICT OF MASS