UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAYFLOWER TRANSIT, LLC,
                    Plaintiff

V.

MICHAEL DOYLE AND
PAM DOYLE
                    Defendant

CIVIL ACTION

NO. 3: 03-CV-30293-KPN

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Mayflower Transit, LLC.,__ for an order of Default for failure of the Defendant, __Michael Doyle and Pam Doyle__ to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __5__ day of __February__, 2004.

Tony Anastas, Clerk

By: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

Notice mailed to: All Counsel of record for,

❑   Plaintiff Mayflower Transit, LLC
❑   Defendant Michael Doyle and Pam Doyle