UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

    Defendants.

---

## MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

---

Plaintiff, MAYFLOWER TRANSIT, LLC, by and through its undersigned attorneys, moves this Honorable Court for entry of Default Final Judgment pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure, and as grounds therefor would show the Court as follows:

1. Defendants, Michael Doyle and Pam Doyle were personally served with the summons and complaint on December 29, 2003. The defendants failed to respond to the complaint and the clerk entered a default on February 3, 2004.

2. Pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure, the Clerk upon request of the Plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the Defendant if the Defendant has been defaulted for failure to appear.

3. The Affidavit of Janice Coleman attached hereto as Exhibit "A" proves up the debt that is owed to the Plaintiff in the principal sum of $3,220.39 plus prejudgment interest at the statutory rate from May 30, 2002.

4. The Affidavit of Attorney as to costs is attached hereto as Exhibit "B".

**WHEREFORE**, Plaintiff MAYFLOWER TRANSIT, LLC respectfully requests that this Court grant its Motion and enter a Default Final Judgment against Michael Doyle and Pam Doyle, and order such other and further relief as this Court deems just and proper.

CASE NO. 03-30293-KPN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 3 day of March, 2004, to: Michael Doyle and Pam Doyle, 21 Autumn Lane, Amherst, Massachusetts 01002.

Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: (305) 441-7882
Fax: (305) 441-7883

By: _____
LAWRENCE J. ROBERTS, ESQUIRE
Florida Bar No.: 343218

F:\Doyle\m-entry.fj.wpd

-2-

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC, )
)
    **Plaintiff** )
)
v. )
)
)
MICHAEL DOYLE and )
PAM DOYLE )
)
    **Defendants.** )

### AFFIDAVIT OF JANICE COLEMAN

THE STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

JANICE COLEMAN, Collection Specialist and a duly appointed representative of Mayflower Transit, LLC appeared before me, the undersigned notary public, and upon her oath, stated as follows:

1. My name is JANICE COLEMAN. I am a Collection Specialist and a duly appointed representative of Mayflower Transit, LLC ("Mayflower"), Plaintiff herein. In such capacity, I am personally familiar with the matters contained in this Affidavit and made the subject of this lawsuit. I am familiar with the transactions between the parties hereto and have personal knowledge of the books and records of the Plaintiff insofar as the matters herein are connected.

2. Mayflower, a Missouri limited liability corporation, filed the above-referenced lawsuit against Defendants Michael Doyle and Pam Doyle in the United States District Court, District of Massachusetts; Case No. 03-30293-KPN on December 2, 2003.

3. Pursuant to the allegations and prayer contained in Mayflower's Motion for Judgment, Mayflower is requesting a default judgment for liquidated damages be entered against Michael Doyle and Pam Doyle as follows:

   (a) The principal amount due and owing to Mayflower of $3,220.39, which is due and owing pursuant to an interstate transportation contract and Bill of Lading for the transportation of household goods, all as set forth in Mayflower's Complaint; and

   (b) Pre-judgment and post-judgment interest on the principal amount of $3,220.39, at the statutory rate of 2.38%

4. I am fully competent to testify to all of the matters set forth in this Affidavit.

Further Affiant sayeth not.

_Janice Coleman_
Janice Coleman

SUBSCRIBED AND SWORN TO BEFORE ME on this the 10 day of February, 2004.

_Lisa A. Patton-Leas_
Notary Public in and for
The State of Missouri
County of St. Louis

34413
UN!84132003

Lisa A. Patton-Leas

" NOTARY SEAL "
Lisa A. Patton Leas, Notary Public
Jefferson County, State of Missouri
My Commission Expires 1/11/2005

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

    Defendants.

---

## AFFIDAVIT OF ATTORNEY AS TO COSTS

---

STATE OF FLORIDA    )
                             ) SS:
COUNTY OF DADE    )

BEFORE ME, the undersigned authority, personally appeared LAWRENCE J. ROBERTS, who upon oath stated as follows:

1. That your Affiant is a principal in the firm of Lawrence J. Roberts & Associates, P.A., attorneys for Plaintiff herein.

2.     That in connection with the prosecution of the above styled action, Plaintiff MAYFLOWER TRANSIT, LLC, has expended the following sums:

| | |
|---|---|
| Filing Fee<br>*Authority:* 28 U.S.C. §1920(1) | $150.00 |
| Service of Process<br>*Authority:* 28 U.S.C. §1921(a)(1)(A) | $100.00 |
| **TOTAL** | $250.00 |

CASE NO. 03-30293-KPN

Pursuant to 28 U.S.C. §1924, this affidavit is made on personal knowledge and all such items as are listed are correct and have been necessarily incurred in this case and all services for which fees have been charged were actually and necessarily performed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAWRENCE J. ROBERTS, ESQUIRE

SWORN TO AND SUBSCRIBED BEFORE ME this 3 day of March, 2004 by Lawrence J. Roberts, Esquire, ❑who is/are personally known to me or ❑who has/have produced his/her/their Drivers License(s) as identification and who ❑did ❑did not take an oath.

_____
Notary Public, State of Florida at Large
Type or Print Name:_____

My Commission Expires:

F:\Doyle\costs.aff.wpd

Deborah Quijano
My Commission CC972141
Expires October 02, 2004