AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF MASSACHUSETTS

MAYFLOWER TRANSIT, LLC,

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

V.

MICHAEL DOYLE AND
PAM DOYLE,

CASE NUMBER:  03-30293-KPN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

DEFAULT JUDGMENT entered for the Plaintiff against the Defendants pursuant to the endorsed order of the Court entered on this date granting the Plaintiff's motion for default judgment in the amount of $3,220.39, and Pre-judgment and Post-judgment interest on the principal amount of $3,220.39 at the statutory rate of 2.38%.

March 9, 2004
Date

TONY ANASTAS
Clerk

/s/ Mary Finn
(By) Deputy Clerk