

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

      Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

      Defendants.

---

## PLAINTIFF'S MOTION TO TAX COSTS

---

Plaintiff, MAYFLOWER TRANSIT, LLC, ("Mayflower") by and through its undersigned attorneys, moves this Honorable Court for an order taxing costs pursuant to Rule 54 (d)(1), Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

On March 9, 2004, this Court entered final judgment in favor of MAYFLOWER TRANSIT, LLC. This motion is therefore timely.

In support of this motion, Mayflower attaches its Affidavit of Attorney as to Costs, which is incorporated herein by reference and made a part hereof for all purposes. In this affidavit, Mayflower is seeking recovery of costs totaling $250.00.

Pursuant to Rule 54 (d)(1), Federal Rules of Civil Procedure, undersigned counsel certifies that he has fully reviewed the supporting data underlying the affidavit of costs, and that this motion is well grounded in fact and justified.

WHEREFORE, Plaintiff Mayflower Transit, LLC respectfully requests that this Court grant its motion and enter a cost judgment in its favor, and order such other and further relief as it deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 1∠ day of March, 2004, to: Michael Doyle and Pam Doyle, 21 Autumn Lane, Amherst, Massachusetts 01002.

Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: (305) 441-7882
Fax: (305) 441-7883

By: _____
LAWRENCE J. ROBERTS, ESQUIRE
Florida Bar No.: 343218

F:\Doyle\mottax-cost.federal.wpd

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

**CASE NO. 03-30293-KPN**

**MAYFLOWER TRANSIT, LLC,**

    **Plaintiff,**

**vs.**

**MICHAEL DOYLE AND**
**PAM DOYLE,**

    **Defendants.**

---

## AFFIDAVIT OF ATTORNEY AS TO COSTS

---

STATE OF FLORIDA    )
                ) SS:
COUNTY OF DADE    )

BEFORE ME, the undersigned authority, personally appeared LAWRENCE J. ROBERTS, who upon oath stated as follows:

1.  That your Affiant is a principal in the firm of Lawrence J. Roberts & Associates, P.A., attorneys for Plaintiff herein.

2.  That in connection with the prosecution of the above styled action, Plaintiff MAYFLOWER TRANSIT, LLC, has expended the following sums:

| | |
|---|---|
| Filing Fee<br>*Authority:* 28 U.S.C. §1920(1) | $150.00 |
| Service of Process<br>*Authority:* 28 U.S.C. §1921(a)(1)(A) | $100.00 |
| **TOTAL** | **$250.00** |

CASE NO. 03-30293-KPN

Pursuant to 28 U.S.C. §1924, this affidavit is made on personal knowledge and all such items as are listed are correct and have been necessarily incurred in this case and all services for which fees have been charged were actually and necessarily performed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAWRENCE J. ROBERTS, ESQUIRE

SWORN TO AND SUBSCRIBED BEFORE ME this __10__ day of March, 2004 by Lawrence J. Roberts, Esquire, ❑who is/are personally known to me or ❑who has/have produced his/her/their Drivers License(s) as identification and who ❑did ❑did not take an oath.

_____
Notary Public, State of Florida at Large
Type or Print Name:_____

My Commission Expires:


Deborah Quijano
My Commission CC972141
Expires October 02, 2004