UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

**MAYFLOWER TRANSIT, LLC,**

    Plaintiff,

vs.

**MICHAEL DOYLE AND
PAM DOYLE,**

    Defendants.

---

### WRIT OF GARNISHMENT

---

TO THE UNITED STATES MARSHAL FOR
THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

    YOU ARE COMMANDED to summon garnishee, **EASTHAMPTON SAVINGS BANK** located at 36 Main Street, Easthampton, Massachusetts 01027, to serve an answer to this writ on **LAWRENCE J. ROBERTS, ESQ., Plaintiff's attorney, whose address is: 249 Catalonia Avenue, Coral Gables, Florida 33134,** within twenty (20) days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendants **MICHAEL DOYLE AND PAM DOYLE** at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the Defendants or who may have any of the property of the Defendants in its possession or control. The amount set in Plaintiff's motion is $3,220.39 plus interest.

    **DATED** on _____, 2004.

                                             **Clerk of the Court**

                                             By: _____
                                                     Deputy Clerk

Lawrence J. Roberts, Esquire
**Lawrence J. Roberts & Associates, P.A.**
249 Catalonia Avenue
Coral Gables, Florida 33134
Tel.: (305) 441-7882
F:\Doyle\writ.garnishment.wpd