UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 03-30293-KPN

MAYFLOWER TRANSIT, LLC,

    Plaintiff,

vs.

MICHAEL DOYLE AND
PAM DOYLE,

    Defendants.

## SATISFACTION OF DEFAULT JUDGMENT

KNOW ALL MEN BY THESE PRESENTS: That We, Mayflower Transit, LLC, Plaintiff in the above styled cause, wherein a judgment was rendered on the 9th day of March, 2004, in the United States District Court, Western Division of Massachusetts, bearing Case No. 03-30293-KPN said judgment being duly registered in the minutes of this Court on March 9, 2004, do hereby acknowledge full payment and satisfaction thereof and hereby consent that the same shall be satisfied of record.

Signed, sealed and delivered
in the presence of:

BY: _____
LAWRENCE J. ROBERTS, ESQ.
Florida Bar No. 343218

STATE OF FLORIDA   )
                         ) SS
COUNTY OF DADE   )

SWORN TO AND SUBSCRIBED BEFORE ME this 4 day of August, 2004 by Lawrence J. Roberts, Esquire, who is personally known to me and who did not take an oath.

_____
Notary Public, State of Florida at Large
My Commission Expires:

This Instrument prepared by:
Lawrence J. Roberts, Esquire
Lawrence J. Roberts & Associates, P.A.
249 Catalonia Avenue
Coral Gables, FL 33134
Tel.: (305) 441-7882
Fax: (305) 441-7883
F:\Doyle\satisfaction.judgment.frm

Deborah Quijano
My Commission CC972141
Expires October 02, 2004